UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Christopher Charles Collins            Docket No. 5:04-CR-268-1H

Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christopher Charles Collins, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. §§2113(a) and (d), and 2, Armed Bank Robbery and Aiding and Abetting, and 18 U.S.C. §§924(c) and 2, Use, Carry, Possess, and Brandish a Firearm During and in Relation to a Crime of Violence, and Aiding and Abetting , was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on April 7, 2005, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Christopher Charles Collins was released from custody on April 10, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The probation office feels the defendant could benefit from a mental health assessment and possible treatment. It is requested that the mental health treatment condition be added to assist the probation office in effectively supervising the defendant.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: April 21, 2015

ORDER OF THE COURT

Considered and ordered this 23RD day of April 2015 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge

Case 5:04-cr-00268-H    Document 65    Filed 04/23/15    Page 1 of 1