UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Christopher Charles Collins            Docket No. 5:04-CR-268-1H
Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christopher Charles Collins, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. §2113(a) and (d) and 2, Armed Bank Robbery and Aiding and Abetting, and 18 U.S.C. §924(c) and 2, Use, Carry, Possess, and Brandish a Firearm During and in Relation to a Crime of Violence, and Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on April 7, 2005, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Christopher Charles Collins was released from custody on April 10, 2015, at which time the term of supervised release commenced.

On April 23, 2015, the conditions of release were modified to include mental health treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was ordered by the court to abstain from the use of alcoholic beverages throughout the term of supervised release. The defendant has been drinking while on supervision and signed an admission, admitting to the use of alcohol on June 21, 2015. It is recommended that the defendant be placed in the Remote Alcohol Monitoring Program for 90 days to monitor for any further drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: July 1, 2015

Christopher Charles Collins
Docket No. 5:04-CR-268-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_15\_\_\_ day of \_\_\_July\_\_\_, 2015 and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge