UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Christopher Charles Collins**            **Docket No. 5:04-CR-268-1H**

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christopher Charles Collins, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. §2113(a) and (d) and 2, Armed Bank Robbery and Aiding and Abetting, and 18 U.S.C. §924(c) and 2, Use, Carry, Possess, and Brandish a Firearm During and in Relation to a Crime of Violence, and Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on April 7, 2005, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Christopher Charles Collins was released from custody on April 10, 2015, at which time the term of supervised release commenced.

On April 23, 2015, the conditions of release were modified to include mental health treatment.

On July 1, 2015, the conditions of release were modified to include the Remote Alcohol Monitoring Program after the defendant admitted to the use of alcohol on June 21, 2015.

On August 10, 2015, the conditions of release were modified to include 5 days incarceration after the defendant admitted to drinking alcohol on August 5, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently enrolled in the Remote Alcohol Monitoring Program and submitted positive tests for alcohol on August 16 and 17, 2015. When confronted, the defendant admitted to drinking beer and signed an admission admitting to his use of alcohol on August 16, 2015. It is recommended that the defendant serve 10 days incarceration for this alcohol use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prison for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Executed on: September 18, 2015 |

Christopher Charles Collins
Docket No. 5:04-CR-268-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 22nd day of September 2015 and ordered filed and made a part of the records in the above case.

*[signature]*
Malcolm J. Howard
Senior U.S. District Judge